427 A.2d 239

Commonwealth v. Jackson, Appellant.

Submitted December 8, 1978.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.